# EXHIBIT A

| | |
|---|---|
| **From:** | Gentry Beach |
| **To:** | Rick Kofoed |
| **Cc:** | Dan Kang; Chris Lee |
| **Subject:** | Re: Air Queen |
| **Date:** | Wednesday, May 6, 2020 11:38:58 AM |

Thank you

Sent from my iPhone

On May 6, 2020, at 1:34 PM, Rick Kofoed <rick@snsglobalusa.com> wrote:

Dan, Thanks for sending the $1MM today as it is very important. As indicated this is similar to an Andy deal. I will send you my portion in the morning when I get to California.

**From:** Rick Kofoed <rick@snsglobalusa.com>
**Date:** Wednesday, May 6, 2020 at 11:26 AM
**To:** Dan Kang <dan.k@mydailylive.com>
**Subject:** FW: Air Queen

**From:** Gentry Beach <gentrybeach@gmail.com>
**Date:** Wednesday, May 6, 2020 at 9:49 AM
**To:** Rick Kofoed <rick@snsglobalusa.com>
**Subject:** Air Queen

Sent from my iPhone
<INV SOGSNS20200506.pdf>