# EXHIBIT B

| | |
|---|---|
| **Amount:** | $1,000,000.00 |
| **Beneficiary:** | SOG Trading Limited |
| | Phone: ▮▮▮▮▮ |
| **Account:** | ▮▮▮▮▮ |
| **Bank:** | HONGKONG AND SHANGHAI BANKING |
| | CENTRAL AND WESTERN DISTRICT |
| | HONG KONG Hong Kong |
| | SWIFT/BIC: HSBCHKHHHKH |
| **Special Instructions:** | ▮▮▮▮▮ |