UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 20-9315-DMG (PDx) | Date | October 15, 2020 |
|---|---|---|---|
| Title | *Krystal Ventures, LLC v. Gentry Beach* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THIS ACTION SHOULD NOT BE DISMISSED FOR LACK OF SUBJECT MATTER JURISDICTION**

On October 9, 2020, Plaintiff Krystal Ventures, LLC filed a Complaint against Defendant Gentry Beach asserting claims for breach of contract, fraud, and unjust enrichment. [Doc. # 1.]

Plaintiff asserts subject matter jurisdiction based on the existence of complete diversity, 28 U.S.C. § 1332, but the Complaint fails to adequately plead "complete diversity between the parties," namely, that Defendant is a citizen of a different state than Plaintiff. *Diaz v. Davis*, 549 F.3d 1223, 1234 (9th Cir. 2008) (citing *Strawbridge v. Curtiss*, 7 U.S. (3 Cranch) 267, 267, 2 L. Ed. 435 (1806)); *see* Compl. at ¶ 6. Plaintiff is a limited liability company and is therefore a citizen of every state in which its owners or members are citizens. *See Johnson v. Columbia Props. Advantage, LP*, 437 F.3d 894, 899 (9th Cir. 2006). The Complaint fails to plead the citizenship of any of Plaintiff's owners or members.

In light of the foregoing, Plaintiff is **ORDERED TO SHOW CAUSE** in writing by no later than **October 22, 2020** why this action should not be dismissed for lack of subject matter jurisdiction.

**IT IS SO ORDERED.**