Ekwan E. Rhow - State Bar No. 174604
  erhow@birdmarella.com
Oliver Rocos - State Bar No. 319059
  orocos@birdmarella.com
BIRD, MARELLA, BOXER, WOLPERT, NESSIM,
DROOKS, LINCENBERG & RHOW, P.C.
1875 Century Park East, 23rd Floor
Los Angeles, California 90067-2561
Telephone: (310) 201-2100
Facsimile: (310) 201-2110

Attorneys for Plaintiff Krystal Ventures, LLC

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| KRYSTAL VENTURES, LLC, | CASE NO. 2:20-cv-09315-DMG-PDx |
|---|---|
| Plaintiff, | Assigned to Hon. Dolly M. Gee |
| vs. | **PLAINTIFF KRYSTAL VENTURES, LLC'S NOTICE OF DISMISSAL WITH PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(i)** |
| GENTRY BEACH, | |
| Defendant. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiff Krystal Ventures, LLC voluntarily dismisses the entirety of its action against Defendant with prejudice. As of the date of this filing, Defendant has not filed either an answer or a motion for summary judgment, and has not filed any counterclaims.

DATED: May 21, 2021

Ekwan E. Rhow
Oliver Rocos
Bird, Marella, Boxer, Wolpert, Nessim,
Drooks, Lincenberg & Rhow, P.C.

By: _____s/ Oliver Rocos_____
    Oliver Rocos
    Attorneys for Plaintiff Krystal Ventures, LLC